# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
## (HONORABLE JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RAMON ANTONIO RAMIREZ, JR.,<br><br>    Defendant. | CASE NO.:   21CR1424-JLS<br><br>**ORDER TO CONTINUE MOTION HEARING/TRIAL SETTING** |

Pursuant to joint motion and good cause appearing, **IT IS HEREBY ORDERED** that the Motion Hearing/Trial Setting set for June 18, 2021 shall be continued to *Friday, July 23, 2021 at 1:30 p.m.*  Defendant shall file an acknowledgment of the new hearing date within one week of this Order.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial.  Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), as well as under 18 U.S.C. § 3161(h)(1)(D).

**SO ORDERED.**

Dated:  June 11, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge