UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE JANIS L. SAMMARTINO)

| UNITED STATES OF AMERICA, | CASE NO.:   21CR1424-JLS |
|---|---|
| Plaintiff, | |
| v. | **ORDER TO CONTINUE MOTION HEARING/TRIAL SETTING** |
| RAMON RAMIREZ. JR., | |
| Defendants. | |

**IT IS HEREBY ORDERED** that the Joint Motion to Continue the Motion Hearing/Trial Setting set for July 23, 2021 at 1:30 p.m. to *Friday, August 27, 2021 at 1:30 p.m.* and to exclude time under the Speedy Trial Act, is granted.

**SO ORDERED.**

Dated:  July 22, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge