# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERCIA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RAMON ANTONIO RAMIREZ JR.,<br><br>　　　　Defendant. | Case No.: 21-CR-1424-JLS<br><br>**ORDER AND JUDGMENT GRANTING UNITED STATES' MOTION TO DISMISS THE INDICTMENT WITHOUT PREJUDICE** |

　　The United States of America's Motion to Dismiss the Indictment (ECF No. 13), without prejudice, is **GRANTED**.  The Court dismisses the indictment without prejudice.

　　IT IS SO ORDERED.

Dated:  December 3, 2021

　　　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　　United States District Judge